ACCEPTED
03-14-00479-CV
8376254
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 12:58:15 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS FOR THE
THIRD JUDICAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 12:58:15 PM
JEFFREY D. KYLE
Clerk

KIM BLACKSTON CLOGSTON §
§
§
§
V.                      §           Case No. 03-14-00479-CV
§
CURTIS P. CLOGSTON      §
§

## MOTION TO EXTEND TIME TO FILE
## APPELLANT'S MOTION FOR REHEARING

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Kim Blackston Clogston, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's Motion for Rehearing, pursuant to Rule 10.5 (b) of the Texas Rules of Appellate Procedure on Motions to Extend Time, and for good cause shows the following:

1.      This case is on appeal from the 421st Judicial District Court of CALDWELL County, Texas.

2.      The case below was styled the KIM BLACKSTON CLOGSTON V CURTIS P. CLOGSTON, and numbered 05 D 540.

3.      Appellee is Curtis P. Clogston.

4.      The memorandum opinion from the Court of Appeals for the Third

District of Texas was filed and received on December 10, 2015.

5.  Appellant requests an extension of time of 30 days from the present date, i.e. December 28, 2015 the deadline to file Appellant's Motion for Rehearing.

6.  No extension to file a Motion for Rehearing has been received in this cause.

7.  Appellant counsel presents this motion because of 1) events that prevented him from filing the Appellant's Motion for Rehearing, which include the closure of the Firm for the Christmas holidays December 23-December 25, 2015. 2) Appellant's attorney and the associate for Appellant's attorney who is assisting with the Motion have been out of the office on vacation for the holidays.

Appellant represents that he has exercised diligence and will file the Appellant's Motion for Rehearing within the time requested.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court enter an order extending the due date for filing the Appellant's Motion for Rehearing to January 26, 2016.

Respectfully submitted,
Sergi and Associates P.C.

By: */s/ David Sergi*
    David K. Sergi
    State Bar No. 18036000
329 South Guadalupe Street
San Marcos, Texas 78666
Tel: 512 392 5010
Fax: 512 392 5042

2

E-Mail: david@sergilaw.com

**ATTORNEY FOR**
**KIM BLACKSTON CLOGSTON**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure, I certify that my staff has attempted to confer with Appellee and has not received a return call as to whether or not the Appellee opposes our Motion to Extend Time to File Appellant's Motion for Rehearing.

*/s/ David Sergi*
David K. Sergi

## CERTIFICATE OF SERVICE

This is to certify that on December 28, 2015, a true and correct copy of the above and foregoing document was served on the following:

Curtis Clogston
1348-A Hwy. 123 S.
San Marcos, Texas 78666
Sent CMRR

*/s/ David Sergi*
David K. Sergi

3